**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

**V.**

**CRIMINAL NO. 4:17CR0038-SA-JMV**

**DEMION YOUNG**

**ORDER ON DEFENDANT'S MOTION FOR
EARLY DISCLOSURE OF JENCKS ACT MATERIALS [18]**

This matter is before the court on the Defendant's Motion for Early Disclosure of Jencks Act Materials [18]. The motion, which seeks disclosure of Jencks material prior to the date for making such disclosure pursuant the court's scheduling order [10] in this case, is denied for the reasons that follow:

According to the movant, "… based on the voluminous discovery produced in this case, it is likely the Jencks Act material will be substantial. If this information is not disclosed until seven (7) days prior to trial, counsel for Mr. Young does not believe that he will have adequate opportunity to review such statements and provide for an adequate defense at trial. " However, to the contrary, the government explains that the undisclosed Jencks materials total only approximately 20 pages. This fact, combined with the other matters raised by the government in response to the motion, including concerns over witness safety, indicate that denial of the instant motion is appropriate.

SO ORDERED THIS 28th day of June, 2017.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE